James Charles Pistorino
James.pistorino@gmail.com
8270 Woodland Ctr Blvd,
Tampa, FL 33614
Telephone: (650) 400-0043

*Pro Se*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

James Charles Pistorino,

Plaintiff,

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant

Case No.: 8:25-cv-3315-JLB-CPT

COMPLAINT

ADMINISTRATIVE PROCEDURE ACT CASE

1. This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for injunctive relief and other appropriate relief seeking the disclosure of and release of agency records improperly withheld from Plaintiff by Defendant.

## I. JURISDICTION AND VENUE

TPA 12/4/25 $405.00

2. This Court has subject matter jurisdiction over this action and the parties pursuant to 5 U.S.C. § 552(a)(4)(B). Venue in this Court is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

## II. PARTIES

3. Plaintiff James Pistorino is a natural person and a resident of Palm Harbor, Florida.

4. Defendant U.S. Department of Health and Human Services is an agency of the United States government with its principal offices in Washington, D.C.

## III. FACTUAL BACKGROUND

5. This is the fourth suit seeking to enforce FOIA requests that materially differ only in their responsive date range. In each of the three prior suits (*Pistorino v. HHS*, Case. No. 25-CV-73-WFJ (MDFL); *Pistorino v. HHS*, Case No. 22-CV-No. 00177-LB (NDCA); *Pistorino v. HHS*, Case No. 23-CV-00380-DMR (NDCA)), eventually, the Secretary produced the requested documents.

6. On September 8, 2025, Plaintiff served two FOIA requests.

7. The first was identical to previously served FOIA requests seeking electronic copies of Original Medicare initial claim approvals or denials for claims submitted during the period June 1, 2025, through 45 days prior to the responsive production, whenever that happened to be (copy attached as Exhibit A).

8. The three prior suits obtained those same materials for the period January 1, 2020-May 31, 2025.

9. In addition, on September 8, 2025, Plaintiff served a FOIA request seeking electronic copies of Medicare Part D (drugs) initial claim approvals or denials for claims submitted during the period January 1, 2020, through 45 days prior to the responsive production, whenever that happened to be (copy attached as Exhibit B).

10. Plaintiff submitted his requests by following the procedure established by the Department of submitting the request to the email address: FOIA_Request@cms.hhs.gov.

11. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the Department was required to determine within 20 working days whether it was going to

comply with the request and notify Plaintiff (or notify Plaintiff that "unusual circumstances" justified an extension of up to 10 more working days.

12. On September 17, 2025, Plaintiff received a single acknowledgement of having a received a FOIA request (copy attached as Exhibit C). The acknowledgement did not specify which FOIA request it applied to or that it applied to both requests submitted. The acknowledgement did not contend that there *were* "unusual circumstances" – only that there may be "unusual circumstances".

13. As of the date of this filing, more than 30 working days have passed since Plaintiff submitted his requests.

14. Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), the Department's failure to abide by the deadlines set forth in the statute constitutes exhaustion of Plaintiff's administrative remedies.

**WHEREFORE**, Plaintiff prays that this Court:

A) Order the Department to disclose the requested records in their entirety and make copies available to Plaintiff;

B) Award Plaintiff its costs and reasonable attorney's fees incurred in this matter; and

C) Grant such other and further relief (including nominal damages) as the Court may deem just and proper.

Dated this 4th day of December 2025.

James Pistorino