# EXHIBIT A

September 8, 2025

James Pistorino
8270 Woodland Ctr. Dr.
Tampa, FL 33614
(650) 400-0043

    *Re*:    **Freedom of Information Act Request**

Dear Sirs:

    Pursuant to 5 U.S.C. § 551, *et seq.*, (*i.e.*, the Freedom of Information Act), I respectfully request copies of records identified below:

**Request #1:**

    Starting on June 1, 2025, through 45 days prior to the date of production in response to this request, and for each claim submitted to Original Medicare for initial determination, please provide, in electronic format, the compete record associated with each claim excepting any personally identifiable information (*i.e.*, name, street address, HICN/MBI).

Thus, each record would include, at least:

    1) The claim identification number;

    2) The date the claim was submitted;

    3) The amount of the claim;

    4) The CPT/HCPCS code(s) applicable to the claim;

    5) The city/town, ZIP code, and State of the beneficiary;

    6) The name, city/town, ZIP code, and State of the provider and any codes associated with the same;

    7) Whether the claim was approved or denied;

    8) The amount approved or denied;

    9) The date of claim approval or denial; and

    10) Any explanation or code(s) associated with the approval or denial, including any code reflecting the reason for approval or denial, and any explanation provided to the beneficiary.

September 8, 2025
Page 2

For each unique code included in the records, please provide a table reflecting the code and any associated explanation, text, or meaning of the code.

I will pay for the cost of responding to this request being made under the Freedom of Information Act, but please contact me for further authorization if the fees associated with responding to this request exceed $5,000. Please do not hesitate to contact me at (650) 400-0043 or james.pistorino@gmail.com if you have any questions regarding compliance with any request.

Respectfully submitted,

James Pistorino