# EXHIBIT C



# Gmail

James Pistorino &lt;james.pistorino@gmail.com&gt;

## CMS FOIA Request Acknowledgement: Control Number 091720257057
1 message

**CMS FOIA (No Reply)** &lt;FOIANoReply@cms.hhs.gov&gt;  
To: james.pistorino@gmail.com

Wed, Sep 17, 2025 at 1:22 PM

Centers for Medicare & Medicaid Services

Freedom of Information Group's FOIA Service Center

Refer to: Control Number 091720257057 and PIN JDNG

Dear James Pistorino:

Thank you for contacting the Centers for Medicare & Medicaid Services' (CMS) Freedom of Information Act (FOIA) Service Center. We are acknowledging receipt of your FOIA request received by one of CMS's FOIA processing offices on 09/08/2025.

Once your request is assigned to a CMS FOIA Coordinator, you will receive additional direct communication as needed for our agency to process and respond to your request. If our searching units advise us that you have requested a voluminous number of records that requires extensive search, production, and review, we will contact you to discuss options for narrowing the scope to process your request as quickly and efficiently as possible.

Please note that CMS receives a very high volume of FOIA requests annually and every effort is made to respond to FOIA requests received by our agency within 20 business days per FOIA regulations. The following unusual circumstances, as defined by 5 USC § 552(a)(6), may affect our ability to fulfill a FOIA request within 20 business days. These include circumstances such as (1) the request requires us to search for and collect records from multiple components and/or field offices; (2) the request involves a voluminous number of records that must be located, compiled, transferred to this office, and reviewed.

To check the status of your request as it is being processed, please use CMS's FOIA check status link: CMS FOIA Request Status to enter both the Control Number and 4 character PIN as they appear above in this email. If you have submitted more than one request, you will receive a separate acknowledgement email containing an individual Control Number and PIN for each request submitted.

For FOIA inquiries pertaining to requests for beneficiary claim records, you may contact CMS's regional FOIA processing office at: OPOLEFOIA@cms.hhs.gov. For all other FOIA inquiries, you may contact CMS's central FOIA office at: FOIA_Request@cms.hhs.gov. If you are inquiring about a specific FOIA request, please be sure to include the Control Number in the subject line. For additional information and helpful resources, please visit our CMS FOIA Service Center webpage: CMS FOIA Service Center.

Additionally, federal agencies are authorized by law to collect fees necessary to process and respond to FOIA requests. The FOIA statute assumes that requesters are willing to pay fees up to $25.00. If you have not specified a fee limit, CMS will notify you if the fees estimated to process your request exceed $25.00, and CMS may suspend processing until we receive written confirmation that you are willing to pay the estimated fees. If the estimated fees exceed $250.00, the law authorizes us to collect the fees in advance of processing the request.

If you are not satisfied with any aspect of the processing and handling of this request, please contact Sybil Anderson at 410-786-6770.

You also have the right to seek dispute resolution services from:

Desiree Gaynor

CMS FOIA Public Liaison
Centers for Medicare & Medicaid Services
7500 Security Blvd., MS C5-11-06
Baltimore, Maryland 21244-1850
Telephone: (410) 786-5353 fax (443)-380-8871

and/or:

Office of Government Information Services
National Archives and Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
Telephone: 202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

Sincerely,

The CMS FOIA Service Center