UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES CHARLES PISTORINO,

    Plaintiff,

v.                                           Case No. 8:25-cv-3315-JLB-CPT

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

    Defendant.
_____/

**O R D E R**

    Before the Court is pro se Plaintiff James Charles Pistorino's *Petition to Participate in CM/ECF Filing*. (Doc. 2). Pursuant to this District's administrative procedures, the Court may authorize a pro se party like attorney Pistorino to file electronically using the Court's CM/ECF system.[1]

    In accordance with these procedures and upon due consideration of the matter, attorney Pistorino's motion (Doc. 2) is granted as described below.

---

[1] *See* ADMINISTRATIVE PROCEDURES FOR ELECTRONIC FILING, at 2, M.D. Fla. (June 5, 2015) (http://www.flmd.uscourts.gov/sites/flmd/files/forms/mdfl-administrative-procedures-for-electronic-filing.pdf).

1.     Attorney Pistorino shall be allowed to participate in the Court's CM/ECF system. To fully access this system, attorney Pistorino must have internet access, an email account, PDF capabilities, and a PACER account.

2.     Attorney Pistorino may register for electronic filing by visiting the "CM/ECF" link on the Court's website at www.flmd.uscourts.gov. When filling out the request for a CM/ECF log-in and password, attorney Pistorino should insert 0000000 (seven zeros) in response to the prompt requiring him to fill in a Bar number. Attorney Pistorino may contact the Clerk's Office (813.301.5400) if he needs assistance in registering for CM/ECF.

3.     Once registered, attorney Pistorino shall complete the CM/ECF program tutorial on the Court's website. Attorney Pistorino shall also become familiar with, and adhere to, the policies and procedures set forth in the ECF Administrative Procedures for Civil and Criminal Cases (available under the "For Lawyers (CM/ECF)" link on the Court's website).

4.     In the alternative to filing electronically, attorney Pistorino shall be permitted to mail hard copies of his filings to the Clerk of the Court instead of filing in person at the courthouse.

SO ORDERED in Tampa, Florida, this 9th day of December 2025.

*Christopher P. Tuite* (signature)
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Pro se Plaintiff
Counsel of record