UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

James Charles Pistorino,

      Plaintiff,

v.                                                    Case No. 8:25-cv-03315-JLB-CPT


United States Department of
Health and Human Services,

      Defendant.

_____/

## UNITED STATES' UNOPPOSED MOTION FOR AN
## EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT

      Pursuant to Federal Rule of Civil Procedure 6(b), the United States, on behalf of the U.S. Department of Health and Human Services ("HHS"), respectfully moves for a 30-day extension of time to file a response Plaintiff James Charles Pistorino's ("Plaintiff") complaint (Doc. 1) ("Complaint") from January 15, 2026, to February 13, 2026.   The Plaintiff does not oppose the requested extension. In support of this motion, the United States states:

      1.     On December 12, 2025, the Plaintiff filed the Complaint against HHS under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq.  Compl. ¶ 1. The Plaintiff seeks the production of certain Medicare claims data in the possession, custody, or control of HHS.  *Id.* ¶¶ 6-9.

2.      Because the Plaintiff served the United States on December 16, 2025, the United States' deadline to respond to the Complaint is January 15, 2026.  5 U.S.C. § 552(a)(4)(C).

3.      The United States requests an extension of the deadline to respond to the Plaintiff's Complaint through February 13, 2026.  HHS has already begun producing some of the information the Plaintiff has sought in his FOIA requests. The requested extension will allow time for (1) HHS to continue the production of documents, (2) the parties to confer about whether this matter may be resolved without further litigation, and (3) if this matter cannot be resolved amicably, time for the United States to prepare a defense to the Complaint.

4.      Under Federal Rule of Civil Procedure 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires. . . ."  Fed. R. Civ. P. 6(b)(1)(A). This motion is timely because the United States has filed the request before the January 15, 2026, deadline for the United States to respond to the Complaint.  The United States respectfully submits that, based on the foregoing, this extension request satisfies the "good cause" standard.

5.      The Plaintiff does not oppose the requested extension.

**CONCLUSION**

For the foregoing reasons, the United States requests that the Court extend its deadline to respond to the Plaintiff's Complaint from January 15, 2026, to February 13, 2026.

**<u>Local Rule 3.01(g) Certificate</u>**

Pursuant to Local Rule 3.01(g), the undersigned certifies that the United States has conferred via email with the Plaintiff.  On January 5, 2026, the Plaintiff notified the United States via email that the Plaintiff does not oppose the relief sought in this motion.

Dated:  January 8, 2026                    Respectfully Submitted,


                                          GREGORY W. KEHOE
                                          United States Attorney


                                          <u>/s/ Christopher J. Emden</u>
                                          CHRISTOPHER J. EMDEN
                                          Assistant United States Attorney
                                          Lead Counsel for the United States
                                          USA No. 158
                                          400 North Tampa Street, Suite 3200
                                          Tampa, FL 33602
                                          Tel: (813) 274-6000
                                          Fax: (813) 274-6200
                                          Christopher.Emden@usdoj.gov

                                          *Attorney for the United States of America*